**Order entered February 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01029-CR

**COREY LEE HOBBS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-59386-R**

## ORDER

On December 3, 2014, this Court ordered the trial court to prepare and file a certification of appellant's right to appeal within fifteen days. When we did not receive the certification by January 16, 2015, we again ordered the trial court to prepare a certification of appellant's right to appeal and to file it with this Court within ten days. On January 27, 2015, we received a letter from the Dallas County District Clerk that there was no certification on file. We have had no correspondence from the trial court with regard to the matter.

The trial court must prepare a certification of appellant's right to appeal in every case in which the defendant is appealing. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). The appeal cannot proceed until the certification is filed.

Accordingly, we **ORDER** the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court, to prepare and file with this Court, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

Appellant's brief remains due within the time specified in the Court's order of January 16, 2015.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; Felicia Pitre, Dallas County District Clerk; Riann Moore, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.

/s/    ADA BROWN
JUSTICE